

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-18-2012

# Dhany Rinastuti v. Attorney General United States

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1978

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Dhany Rinastuti v. Attorney General United States" (2012). *2012 Decisions*. Paper 261.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/261

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

are discussed in our opinion disposing of Abror's case. For the reasons provided there, we will deny the petition for review.

in both matters are identical. Rinastuti fears potential persecution in Indonesia on account of a possible familial veto of her desired marriage to Abror, and also worries about societal disapproval of her children being born out of wedlock. For substantially the same reasons that we recited in 12-1977, however, Rinastuti has failed to show any basis to disturb the agency's final order of removal. We must therefore deny this petition for review.[1]

---

[1] We exercise jurisdiction under 8 U.S.C. § 1252, as limited by 8 U.S.C. §§ 1158(a)(3) and 1252(d)(1).